# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Rene Ingrid Quernemoen,

    Plaintiff,

Civil No. 14-1678 (ADM/SER)

**ORDER**

    v.

Carolyn Colvin, Acting
Commissioner of Social Security,

    Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Steven E. Rau dated June 23, 2014, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED:  July 15, 2014                              s/Ann D. Montgomery

                                                          Judge Ann D. Montgomery
                                                          U.S. District Court